**NOT YET SCHEDULED FOR ORAL ARGUMENT**

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

|  |  |
|---|---|
| NEURELIS INC.,<br><br>*Plaintiff-Appellee,*<br><br>v.<br><br>MARTIN MAKARY, *et al.*,<br><br>*Defendants-Appellants,*<br><br>and<br><br>AQUESTIVE THERAPEUTICS, INC.,<br><br>*Intervenor-Defendant-Appellant.* | Nos. 25-5031, 25-5125 |

**UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL**

Pursuant to Federal Rule of Appellate Procedure 42(b), Intervenor-Defendant/Appellant Aquestive Therapeutics, Inc. ("Aquestive") respectfully moves to voluntarily dismiss its appeal No. 25-5031, with each party to bear its own costs. The undersigned counsel has consulted with counsel for all of the other parties to this appeal and each party has indicated that it does not oppose this motion.

1. Aquestive's appeal No. 25-5031 arises from a February 14, 2025 opinion and order of the U.S. District Court for the District of Columbia directing the federal defendants to vacate the U.S. Food and Drug Administration's ("FDA") approval of Aquestive's New Drug Application No. 218623. Aquestive noticed its

appeal on February 18, 2025, and on March 21, 2025 filed an emergency motion in this Court seeking to stay the district court's vacatur order pending appeal. This Court denied that motion on March 27, 2025, and the federal defendants effectuated the district court's vacatur order on or about April 2, 2025.

2. On April 17, 2025, the federal defendants filed their own notice of appeal from the same February 14, 2025 opinion and order of the district court. That appeal was docketed as No. 25-5125, and this Court subsequently consolidated the two appeals on its own motion.

3. No briefing order has been issued in these consolidated appeals, and given the vacatur of Aquestive's FDA approval, Aquestive does not intend to pursue its appeal in No. 25-5031 or participate substantively in this Court in the federal defendants' appeal in No. 25-5125. Neither this Court nor any party will be prejudiced by the voluntary dismissal of No. 25-5031, and no party opposes to the dismissal of No. 25-5031.

## CONCLUSION

For the foregoing reasons, the Court should grant Aquestive's motion to voluntarily dismiss its appeal No. 25-5031, with each party to bear its own costs.

Dated: April 23, 2025

Respectfully submitted,

By: /s *Michael D. Shumsky*
Michael D. Shumsky
HYMAN, PHELPS & MCNAMARA, P.C.
700 Thirteenth Street NW, Suite 1200
Washington, D.C. 20005
(202) 737-5600 (phone)
(202) 737-9329 (fax)
mshumsky@hpm.com

*Counsel for Aquestive Therapeutics, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2025, the foregoing pleading was served on counsel for all parties through this Court's CM/ECF system.

s/ Michael D. Shumsky
Michael D. Shumsky
*Counsel for Aquestive Therapeutics, Inc.*